UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN D. RAYMOND,<br><br>            Plaintiff,<br><br>   v.<br><br>ASPEN VILLAGE APARTMENTS,<br><br>            Defendant. | NO. CV-11-0144-EFS<br><br>**ORDER DISMISSING THE COMPLAINT, ENTERING JUDGMENT, AND CLOSING THE FILE** |

    On May 18, 2011, the Court ordered pro se Plaintiff John D. Raymond, who is proceeding in forma pauperis, to file an amended complaint because the Complaint, ECF No. 4, fails to identify 1) the legal basis for the Court's jurisdiction, 2) the legal cause of action to which the facts apply, and 3) a demand for relief. ECF No. 5. The Court cautioned Plaintiff that failure to timely file an amended complaint would result in this lawsuit's dismissal. *Id.* at 3. Although the Court ordered Plaintiff to file an amended complaint no later than June 30, 2011, Plaintiff has failed to file an amended complaint.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.   Plaintiff's Complaint, **ECF No. 4**, is **DISMISSED** without prejudice.

    2.   Judgment shall be entered without prejudice.

///

ORDER ~ 1

3.   This file shall be **CLOSED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide a copy to Plaintiff.

**DATED** this __7th__ day of July 2011.


                        s/Edward F. Shea
                        EDWARD F. SHEA
                  United States District Judge

Q:\Civil\2011\0144.dismiss.frm

ORDER ~ 2