AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN D. RAYMOND,

                Plaintiff,

                                              **JUDGMENT IN A CIVIL CASE**

                   v.

ASPEN VILLAGE APARTMENTS,

                                              CASE NUMBER: CV-11-0144-EFS

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant without prejudice pursuant to the Order Dismissing the Complaint entered on July 7, 2011, ECF No. 6.

July 7, 2011                                                             JAMES R. LARSEN
*Date*                                                                    *Clerk*

                                                                                s/ Cora Vargas
                                                                                *(By) Deputy Clerk*

                                                                                Cora Vargas